UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| AIRBUS S.A.S., <br><br> Plaintiff, <br><br> v. <br><br> AVIATION PARTNERS, INC, <br><br> Defendant. | Civil Action No. 1:11-cv-01030 <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF AIRBUS S.A.S.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Airbus S.A.S. ("Airbus") identifies the following corporate affiliates and interested persons: Airbus is 100% owned by EADS N.V., which is publicly-traded on European stock exchanges. Airbus has no other publicly-traded affiliates. There are no other interested persons or entities to report on behalf of Airbus.

Date:   December 2, 2011

Respectfully submitted,

By: /s/ Thad T. Dameris
Thad T. Dameris
State Bar No. 05345700
**HOGAN LOVELLS US LLP**
700 Louisiana Street, Suite 4300
Houston, Texas  77002
Tel.: (713) 632-1410
Fax: (713) 583-6297
thad.dameris@hoganlovells.com

Eric J. Lobenfeld*
Ira J. Schaefer*
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, New York 10022

1

Tel.: (212) 918-3000
eric.lobenfeld@hoganlovells.com
ira.schaefer@hoganlovells.com

**COUNSEL FOR AIRBUS S.A.S.**

\* To be admitted *pro hac vice*